# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

137920(20)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DEBRA ELIZABETH KRUG,
       Plaintiff-Appellee,

v

KIM LEE VICTOR,
       Defendant-Appellant.

SC: 137920
COA: 289308
Roscommon Circuit Court
Family Division: 05-725368-DZ

_____/

On order of the Court, the motion for reconsideration of this Court's January 8, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

d0518